USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 97-1914 GENE SCHOFIELD, Plaintiff, Appellant, v. JAMES BROWN, ETC., ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. George A. O'Toole, Jr., U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Stahl and Lynch, Circuit Judges. ______________ ____________________ Gene Schofield on brief pro se. ______________ Ann Pauly, Richmond, Pauly & Ault and Leon Friedman on brief for _________ _______________________ _____________ appellees James Brown and Polygram Records, Inc. Leonard L. Lewin, Michael N. Sheetz, and Gadsby & Hannah on _________________ __________________ ________________ brief for appellees Dynatone Publishing Co. and Rightsong Music, Inc. ____________________ February 5, 1998 ____________________ Per Curiam. This is an appeal from a summary judgment __________ dismissing appellant's claims of copyright infringement. Reviewing the judgment de novo, in light of the briefs and __ ____ the record, we agree with the district court's analysis and affirm substantially for the reasons set forth in that court's Memorandum and Order of June 11, 1997. See Loc. R. ___ 27.1. We also see no abuse of discretion in the court's alternative ruling on the defense of laches, nor in the multiple procedural rulings which appellant assigns as errors on appeal.  Affirmed. ________ -2-